07/30/2020

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>Arnoldo Melgar-Beltran<br>YOB: 1987<br>A201 151 984<br>Citizen of Mexico<br><br>Defendant. | Magistrate Case No. 20-1256MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>COUNT I<br><br>Title 8, United States Code, Section 1326(a) |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

## COUNT I

That on or about August 15, 2018, Defendant Arnoldo Melgar-Beltran, an alien, was found in the United States at or near Maricopa County, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through Del Rio, Texas on or about February 11, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission. In violation of Title 8, United States Code, Section 1326(a).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA John Ballos
JWL for John Ballos

*Gloria L. Duarte*
Signature of Complainant
Gloria L. Duarte
Deportation Officer

Sworn to before me and subscribed in my presence,

___July 31, 2020___  at  ___Yuma, Arizona___
Date                           City and State

___James F. Metcalf, U.S. Magistrate___
Name                                         Signature of Judicial Officer

UNITED STATES OF AMERICA

vs.

Arnoldo Melgar-Beltran
201 151 984

## STATEMENT OF FACTUAL BASIS

This complaint is based upon direct participation in the investigation and from the reports and communications of the encountering and apprehending agents; that the Defendant was found on August 15, 2018, while in custody of the Arizona State Prison Complex, in Maricopa County. Record checks of the Defendant by the arresting Officer revealed that the Defendant was a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States. The Defendant was transferred from the custody of the Arizona Department of Corrections in Phoenix to the Arizona Department of Corrections in San Luis, Arizona. The Defendant was turned over to ICE custody on July 30, 2020.

On August 15, 2018, by questioning the Defendant and through record checks, agents determined that on February 9, 2011, he was ordered removed by a Designated Officer at or near Casa Grande, Arizona. Pursuant to this order of removal, on February 11, 2011, the Defendant was removed from the United States through the Calexico, California.

Agents determined that on or about January 1, 2017, the Defendant last entered the United States at or near Sasabe, Arizona within the District of Arizona.

*Gloria L. Duarte*
Signature of Complainant

Sworn to before me and subscribed in my presence,

__July 31, 2020__
Date

Signature of Judicial Officer